UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCH SPECIALTY INSURANCE
COMPANY,

                                    Plaintiff,

        v.

TDL RESTORATION, INC.,

                                    Defendant.

No. 18-CV-6712 (KMK)

OPINION & ORDER

---

KENNETH M. KARAS, United States District Judge:

In an Opinion & Order entered on March 31, 2021, the Court partially granted and

partially denied Plaintiff's Motion for Summary Judgment.  (Op. & Order ("March 2021 Op.")

24 (Dkt. No. 69).)  In a footnote, the Court explained that it was "prepared to amend [its Opinion

&] Order and enter summary judgment for Plaintiff in the total amount of $164,135 ($158,157 +

$5,978)[,]" which reflected the Court's calculation of the damages to which Plaintiff is entitled.

(*Id.* at 21 & n.15.)  The Court stated that "Plaintiff should notify the Court within one week of

the entry of [the Opinion &] Order whether it [was] willing to accept [the Court's] determination

or would rather proceed with litigation regarding the additional $27,500 in putative exposure."

(*Id.* at 21 n.15.)  On April 7, 2021, Plaintiff filed a letter notifying the Court that it was

"accept[ing] the Court's determination[] as set forth in footnote 15 of the [Court's Opinion &]

Order." (Dkt. No. 70.)

Accordingly, the Court's March 31, 2021 Opinion & Order is amended as follows:

Plaintiff's Motion for Summary Judgment is granted, and Plaintiff is entitled to collect $164,135

in damages, which reflects $158,157 in Additional Premium and $5,978 in Taxes and Fees.  (*See*

March 2021 Op. 21.)  The Clerk of Court is respectfully directed to enter judgment for Plaintiff

and close this case.

SO ORDERED.

Dated:   August 31, 2021
         White Plains, New York

                                                    KENNETH M. KARAS
                                                 United States District Judge