# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ARCH SPECIALTY INSURANCE COMPANY,

                          Plaintiff,                         18 **CIVIL** 6712 (KMK)

               -against-                              **JUDGMENT**

TDL RESTORATION, INC.,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2021, the Court's March 31, 2021 Opinion and Order is amended as follows: Plaintiff's motion for summary judgment is granted, and Plaintiff is entitled to collect $164,135 in damages, which reflects $158,157 in Additional Premium and $5,978 in Taxes and Fees. Judgment is entered for Plaintiff and the case this case is closed.

**Dated:**  New York, New York
           August 31, 2021

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                               Clerk of Court
                                                **BY:**
                                                               _____
                                                                   Deputy Clerk